[Cite as *Copeland v. Dept. of Transp.*, 2011-Ohio-2127.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MARY L. COPELAND

 Plaintiff

 v.

DEPARTMENT OF TRANSPORTATION

 Defendant

Case No. 2010-08438-AD

Deputy Clerk Daniel R. Borchert

MEMORANDUM DECISION

## FINDINGS OF FACT

**{¶ 1}** 1) Plaintiff, Mary L. Copeland, filed this action against defendant, Department of Transportation (ODOT), contending her 2006 Chevrolet HHR was damaged as a proximate cause of negligence on the part of ODOT in maintaining a hazardous condition in a construction area on State Route 161/US Route 33 in Franklin County.  Plaintiff requested damages in the amount of $125.86.  The filing fee was paid.

**{¶ 2}** 2) ODOT filed an investigation report requesting plaintiff's claim be dismissed, advising the claim was paid and settled by ODOT contractor Trucco Construction Co., Inc.  Defendant provided a copy of check number 80044 issued to plaintiff by Trucco Construction Co., Inc. in the amount of $125.86.

## CONCLUSIONS OF LAW

**{¶ 3}** 1) R.C. 2743.02(D) in pertinent part states:  "Recoveries against the state shall be reduced by the aggregate of insurance proceeds, disability award, or other collateral recovery received by the claimant."  Upon review, the court finds that the money received by plaintiff is a recovery from a collateral source.

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MARY L. COPELAND

    Plaintiff

    v.

DEPARTMENT OF TRANSPORTATION

    Defendant

    Case No. 2010-08438-AD

Deputy Clerk Daniel R. Borchert


ENTRY OF ADMINISTRATIVE DETERMINATION


        Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, plaintiff's claim is DISMISSED. The court shall absorb the court costs for this claim in excess of the filing fee.


                                            _____
                                            DANIEL R. BORCHERT
                                            Deputy Clerk


Entry cc:

Mary L. Copeland                    Jerry Wray, Director
17170 Middleburg P.C. Road          Department of Transportation
Marysville, Ohio  43040             1980 West Broad Street
                                    Columbus, Ohio  43223

RDK/laa
1/26
Filed 2/8/11
Sent to S.C. reporter 4/29/11